Civil Action No. 3:12-cv-04572-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for (*name of individual and title, if any*) __Jeffrey B. Manning__
was received by me on (*date*) __11-20-2012__

☐ I personally served the summons on the individual at (*place*) __8009 Burr Oak Dr Greenwood Louisiana 71033__ on (*date*) __11-26-2012 @ 5:15 P.M.__

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated by law to accept service of process on behalf of (*name of organization*) _____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: __11-27-2012__

__Bill Rhodes__
Server's signature

__Bill Rhodes - Process Server__
Printed name and title

__5825 Southern Ave
Shreveport LA. 71106__
Server's address

Additional information regarding attempted service, etc: